UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA        :
                                                : CASE NO. 8:13-CR-135-T-26 TGW
      v.                               :
                                                :
TERRELL WRIGHT        :

**NOTICE OF ESSENTIAL ELEMENTS,
PENALTY, AND FACTUAL BASIS**

COMES NOW the United States of America, by and through its representative, the undersigned Assistant United States Attorney, and submits the instant notice with respect to the plea hearing for the Defendant, which has been scheduled for 11:00 a.m., on May 2, 2013.

**I.  ESSENTIAL ELEMENTS**

**Counts One and Two:     Distribution of Marijuana**

The elements of a violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(C), as charged in Counts One and Two, are:

    First:        That the defendant knowingly and willfully possessed marijuana as charged and

    Second:    That the defendant possessed the marijuana with the intent to distribute it and/or distributed it.

## II.  PENALTIES

**Counts One and Two:    Distribution of Marijuana**

The penalty for each of the offenses charged in Counts One and Two of the Indictment, pursuant to Title 21, United States Code, Section 841(b)(1)(D), is a maximum sentence of five (5) years imprisonment, a $250,000 fine, a term of supervised release of at least two (2) years, and a special assessment of $100, said special assessment to be due on the date of sentencing.

## III.  FACTUAL BASIS

During 2012 and early 2013, the Defendant, Terrell Wright, was involved in the possession and distribution of marijuana.  The Defendant worked for Tru Lawn Care, a lawn care business owned and operated by Chaka Miller.  On occasion, the Defendant received and distributed quantities of marijuana supplied by Miller.  In early 2013, a confidential informant (CI) working with law enforcement was able to introduce an undercover detective (UC) to the Defendant for the purpose of purchasing marijuana from the Defendant.  At the time of the two drug transactions, as set forth below, the Defendant was on federal supervised release.  The source of the marijuana for those two transactions was a person other than Chaka Miller.

On January 3, 2013, the CI indicated that he was able to purchase an ounce of marijuana from the Defendant.  At approximately 7:50 p.m., the UC and CI went to 1576 MLK Ave. in Clearwater and met with the Defendant, who was in a dark

pick-up truck.  The Defendant sold the UC approximately 29.8 grams of marijuana for $100.  The Defendant told the UC that he had only given him $80 so the UC gave him another $20.

On January 9, 2013, the CI and UC were able to conduct another drug transaction with the Defendant at approximately 8:30 p.m., at the same location as the first transaction.  This deal took place in front of the residence and there was another male present with the Defendant.  The UC gave the Defendant $130 in exchange for approximately 29.1 grams of marijuana.

WHEREFORE, the United States respectfully requests that the Court take notice of the above and for such other and further relief as is just and proper.

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

By:    s/*W. Stephen Muldrow*
        W. STEPHEN MULDROW
        Assistant United States Attorney
        USA No. 078
        United States Attorney's Office
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone:   (813) 274-6000
        Facsimile:    (813) 274-6178
        E-mail: w.stephen.muldrow@usdoj.gov

**U.S. v. WRIGHT**                                   Case No.  8:13-CR-135-T-26 TGW

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark O'Brien, Esquire

              *s/ W. Stephen Muldrow*
              W. STEPHEN MULDROW
              Assistant United States Attorney
              USA No. 078
              400 North Tampa Street, Suite 3200
              Tampa, Florida  33602
              Telephone:   (813) 274-6000
              Facsimile:    (813) 274-6178
              E-mail: w.stephen.muldrow@usdoj.gov