## UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| CASE NO.   8:13-cr-135-T-26TGW | DATE:   May 2, 2013 |
| UNITED STATES OF AMERICA | Stephen Muldrow |
| | U.S. Attorney |
| v. | |
| **TERRELL WRIGHT** | Mark O'Brien, CJA |
| Defendant | Attorney for Defendant |
| **HONORABLE RICHARD A. LAZZARA** | DEPUTY CLERK:  Susan Saylor |
| COURT REPORTER:  Claudia Spangler-Fry | INTERPRETER   n/a |

### CRIMINAL MINUTES ON RE-ARRAIGNMENT

TIME IN COURT:  11:00    AM           ( ) Interpreter Sworn

(X) Notice of maximum penalty filed     (X) Defendant Sworn       ( ) Counsel Waived

(X) Plea of Not Guilty withdrawn and plea of **GUILTY** entered as to Count(s) 1 & 2
of the **Indictment** / Information.

( ) Count(s) _____ to be dismissed by Government at sentencing.

(X) Factual basis established.

(X) Written / **Oral**   Plea accepted.

(X) Adjudication of Guilt made.

(X) Pre-sentence Investigation and Report ordered.
  ( ) If Defendant on bond, Defendant referred to Probation Office.
  (X) If in custody, Probation Office notified to interview Defendant in jail.

(X) Sentencing scheduled for  **August 15, 2013**  at  **9:00 a.m.**

( ) Bond continued as previously set.

( ) Bond modified to:

(X) Defendant remanded to custody of United States Marshal.

TIME OUT OF COURT: 11;25    AM